# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **WILLIAM CALDERON,** § | |
| § | |
| *Plaintiff,* § | |
| § | |
| v. § | |
| § | **Case No. 4:14-cv-467** |
| **CONN APPLIANCES, INC.,** § | |
| § | |
| *Defendant.* § | |

## STIPULATION TO ARBITRATION

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Defendant Conn Appliances, Inc.'s ("Conn's") and Plaintiff William Calderon file this Stipulation to Arbitration and would show the Court as follows:

1. Plaintiff filed its Original Complaint on October 3, 2014, alleging claims under the Telephone Consumer Protection Act, 47 U.S.C. § 227 et seq., related to Conn's attempt to collect on a debt.

2. As evidenced by the attached Exhibit "A," the parties entered into a binding contract containing an arbitration provision. Because Plaintiff's claim falls within the scope of the provision, the parties have agreed to move this case to arbitration.

IT IS THEREFORE **AGREED AND STIPULATED** as follows:

3. Plaintiff's claims are subject to arbitration.

4. The parties request the Court sign the attached order dismissing the above styled suit without prejudice and compelling arbitration.

Dated: January 28, 2015.

Respectfully submitted,

**MUNSCH HARDT KOPF & HARR, P.C.**

By:   */s/ Michael A. Harvey*
**MICHAEL A. HARVEY**
State Bar No. 24058352
Pennzoil Place
700 Milam Street, Suite 2700
Houston, Texas 77002
Telephone:  (713) 222-4015
Fax:  (713) 222-5868
mharvey@munsch.com

**ATTORNEY IN CHARGE FOR DEFENDANT CONN APPLIANCES, INC.**

**OF COUNSEL:**
J. Spencer Bryan, Esq.
OBA# 19419
BRYAN & TERRILL LAW, PLLC
9 East 4th Street, Suite 307
Tulsa, Oklahoma 74103
Telephone:  (918) 935-2777
Facsimile:  (918) 935-2778
Email:  jsbryan@bryanterrill.com

**CHRISTINA M. PUTMAN**
SBN: 24013361
FIN: 24426
In House Counsel
Conn's, Inc.
4055 Technology Forest Blvd.
Suite 210
The Woodlands, Texas  77381
Telephone: (936) 230-5882
Fax: (855) 593-8149
christina.putman@conns.com

**LEMBERG LAW, LLC**

By: */s/ Sergei Lemberg*
Sergei Lemberg, Esq.
CT Bar# 425027
1100 Summer Street, 3rd Floor
Stamford, Connecticut 06905
Telephone: (203) 653-2250
Facsimile: (203) 653-3424
Email: slemberg@lemberglaw.com

**ATTORNEYS FOR PLAINTIFF**

### CERTIFICATE OF SERVICE

I hereby certify that on January 28, 2015, a true and correct copy of forgoing document was electronically filed with the Clerk for the Northern District of Texas via CM/ECF system.

Sergei Lemberg, Esq.
Lemberg Law, LLC
1100 Summer Street, 3rd Floor
Stamford, CT 06905
***Attorneys for Plaintiff***

*/s/ Michael A. Harvey*
Michael A. Harvey

3