IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| WILLIAM CALDERON, | § |
| *Plaintiff,* | § § § |
| v. | § § |
| CONN APPLIANCES, INC., | §  Case No. 4:14-cv-467 § § |
| *Defendant.* | § § § |

## ORDER ON STIPULATION TO ARBITRATION

On this day, the Court considered the parties' Stipulation to Arbitration. The Court, having reviewed the Stipulation on file, is of the opinion that it should be GRANTED. It is, therefore:

ORDERED that the above style case is dismissed without prejudice to refiling the claims in arbitration. If, within 15 days of a final adjudication of the arbitration proceedings, the Parties have not reopened for the purpose of obtaining a final determination herein, this action shall be deemed dismissed with prejudice.

James H. Payne
United States District Judge
Northern District of Oklahoma